# EXHIBIT A

## Index Pursuant to Local Rule 81(a)(3)(A)

1. Summons and Complaint, filed on 5/28/2020

2. Affidavit of Service, filed on 6/19/2020

3. Affidavit of Service, filed on 6/19/2020

4. Affidavit of Service, filed on 6/19/2020

5. Affidavit of Service, filed on 6/19/2020

6. Affidavit of Service, filed on 6/29/2020

7. Answer of Lowe's Home Centers, LLC, filed on 7/17/2020

8. Affidavit of Service, filed on 7/24/2020